#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ZOMBEK, DAVID ALLEN | : | BANKRUPTCY NO. 17-20665-GLT |
| | : | |
| | : | Chapter 7 |
| | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **RESCHEDULED §341 MEETING NOTICE**

THE MEETING OF CREDITORS HAS BEEN RESCHEDULED TO THE DATE, TIME AND LOCATION LISTED BELOW;

### May 12th, 2017 AT 11:00 a.m.
### WESTMORELAND COUNTY COURTHOUSE
### COMMISSIONER'S HEARING ROOM #1
### GREENSBURG PA 15601

FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN A RULE TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.

Dated: April 3, 2017            By:

                                  /s/James R. Walsh, Trustee
                                 James R. Walsh, Trustee
                                 Pa. ID. # 27901
                                 1067 Menoher Blvd.
                                 Johnstown, PA  15905
                                 Phone: 1-(814) 536-0735
                                 Fax: 1-(814) 539-1423
                                 JWalsh@spencecuster.com